# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 2, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154230 & (42)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                    SC: 154230
                                                     COA: 326871
                                                     Tuscola CC: 14-013044-FC
RYAN NEIL-JOHNATHON LAROSE,
        Defendant-Appellant.

_____/

        On order of the Court, the motion to file a supplement is GRANTED.  The application for leave to appeal the June 14, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

        May 2, 2017



                                                     Clerk

a0424